Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–25931–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jason M. Ali
   40 Greenbrook Ave
   Keasbey, NJ 08832

Social Security No.:
   xxx–xx–6588

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:    10/15/19
Time:    10:00 AM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 4, 2019
JAN: pbf

                                       Jeanne Naughton
                                       Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-25931-MBK
Jason M. Ali                                                              Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1         Date Rcvd: Sep 04, 2019
                              Form ID: 132             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2019.
```
db              +Jason M. Ali,    40 Greenbrook Ave,    Keasbey, NJ 08832-1130
518414943       +Attorney General of the United States,    Department of Justice,
                  Constitution Ave and 10th St. NW,    Washington, DC 20530-0001
518414945       +Citibank NA,    PO Box 6181,    Sioux Falls, SD 57117-6181
518414949       +First Credit Services,    371 Hoes Lane,    Suite 200,    Piscataway, NJ 08854-4143
518414951        Office of Chief Counsel,    Internal Revenue Service,    SB/SE Division Counsel,
                  One Newark Center, Suite 1500,    Newark, NJ 07102-5224
518414954       +The Bureaus,    650 Dundee Road,    Suite 370,    Northbrook, IL 60062-2757
518414956       +Wells Fargo Dealer Services,    PO Box 10709,    Raleigh, NC 27605-0709
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 04 2019 23:41:26     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 04 2019 23:41:21     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
518414944       +E-mail/Text: collections@cjfcu.org Sep 04 2019 23:40:33     Central Jersey FCU,
                  380 Berry Street,    Woodbridge, NJ 07095-3347
518414946       +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 04 2019 23:42:06
                  Credit Collection Services,    PO Box 607,   Norwood, MA 02062-0607
518414948       +E-mail/Text: bankruptcynotices@dcicollect.com Sep 04 2019 23:41:58     Diversified Consultants,
                  PO Box 551268,    Jacksonville, FL 32255-1268
518414947        E-mail/Text: cio.bncmail@irs.gov Sep 04 2019 23:40:55     District Director of the IRS,
                  955 S. Springfield Avenue,   Springfield, NJ 07081
518414952        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 04 2019 23:45:44
                  Portfolio Recovery,    120 Corporate Blvd,    Suite 100,   Norfolk, VA 23502
518414953       +E-mail/Text: bankruptcyteam@quickenloans.com Sep 04 2019 23:41:46     Quicken Loans*,
                  1050 Woodward Avenue,    Detroit, MI 48226-1906
518415486       +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2019 23:46:43     Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
518434633       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 04 2019 23:57:36     T Mobile/T-Mobile USA Inc,
                  by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518414955       +E-mail/Text: usanj.njbankr@usdoj.gov Sep 04 2019 23:41:26     United States Attorney*,
                  For Internal Revenue Service),    970 Broad Street, 5th Floor,   Newark, NJ 07102-2527
                                                                                             TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518414950*      +Internal Revenue Service*,   P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                           TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2019 at the address(es) listed below:
```
              Albert    Russo    docs@russotrustee.com
              Bruce C. Truesdale    on behalf of Debtor Jason M. Ali brucectruesdalepc@gmail.com,
               bctpcecf@gmail.com;r49787@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```