UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BRUCE C. TRUESDALE, P.C.
147 Union Avenue – Suite 1E
Middlesex, New Jersey 08846
BY: Bruce C. Truesdale, Esq. (BC 0928)
Phone: 732-302-9600
Fax: 732-302-9066
Attorney for Debtor[s]

In Re:

JASON M. ALI

Case No.: 19-25931

Chapter: 13

Adv. No.:

Hearing Date: 10/3/19

Judge: MBK

## CERTIFICATION OF SERVICE

1. I, Sarah A. Vanderstreet:

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for the attorney, who represents the debtor in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On September 12, 2019, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    - Statement Adjourning 341(a) Meeting of the Creditors

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 9/12/19

/s/ Sarah A. Vanderstreet
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Department of Justice<br>Office of the United States Trustee<br>District of New Jersey<br>One Newark Center<br>Suite 2100<br>Newark, NJ  07102 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>　(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>　(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Attorney General of the United States<br>Department of Justice<br>Constitution Ave and 10th St. NW<br>Washington, DC 20530 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>　(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Central Jersey FCU<br>380 Berry Street<br>Woodbridge, NJ 07095 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>　(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Citibank NA<br>PO Box 6181<br>Sioux Falls, SD 57117 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>　(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Credit Collection Services<br>PO Box 607<br>Norwood, MA 02062 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| District Director of the IRS<br>955 S. Springfield Avenue<br>Springfield, NJ 07081 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Diversified Consultants<br>PO Box 551268<br>Jacksonville, FL 32255 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| First Credit Services<br>371 Hoes Lane<br>Suite 200<br>Piscataway, NJ 08854 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of Chief Counsel<br>Internal Revenue Service<br>SB/SE Division Counsel<br>One Newark Center<br>Suite 1500<br>Newark, NJ 07102-5224 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Portfolio Recovery<br>120 Corporate Blvd.<br>Suite 100<br>Norfolk, VA 23502 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Quicken Loans<br>1050 Woodward Avenue<br>Detroit, MI 48226<br><br>The Bureaus<br>650 Dundee Road<br>Suite 370<br>Northbrook, IL 60062 | Creditors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| United States Attorney<br>(For Internal Revenue Service)<br>970 Broad Street<br>5th Floor<br>Newark, NJ 07102 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wells Fargo Dealer Services<br>PO Box 10709<br>Raleigh, NC 27605 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |