| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 19-25931 / MBK**

Jason M. Ali

Petition Filed Date: 08/16/2019
341 Hearing Date: 09/12/2019
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/11/2019 | $680.00 | 2379280 | 10/02/2019 | $680.00 | 2379353 | 11/05/2019 | $680.00 | 2378899 |
| 12/27/2019 | $680.00 | 2378992 | 12/31/2019 | $680.00 | 2468105 | | | |

**Total Receipts for the Period: $3,400.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $4,080.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jason M. Ali | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | BRUCE C TRUESDALE ESQ | Attorney Fees | $3,250.00 | $0.00 | $3,250.00 |
|   |   | No Disbursements: No Check |   |   |   |
| 1 | INTERNAL REVENUE SERVICE | Priority Creditors | $5,599.80 | $0.00 | $0.00 |
|   | »» 2017; EST TAXES 2018 | Hold Funds: Estimated |   |   |   |
| 2 | TMOBILE/ BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $312.50 | $0.00 | $0.00 |
| 3 | QUICKEN LOANS INC | Mortgage Arrears | $31,856.37 | $0.00 | $0.00 |
|   | »» P/40 GREENBROOK AVE/1ST MTG/ORDER 10/21/19 |   |   |   |   |
| 4 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $1,693.86 | $0.00 | $0.00 |
|   | »» CAPITAL ONE |   |   |   |   |
| 5 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $1,205.68 | $0.00 | $0.00 |
|   | »» CAPITAL ONE |   |   |   |   |
| 6 | CITIBANK, N.A. | Unsecured Creditors | $806.95 | $0.00 | $0.00 |
| 7 | Verizon by American InfoSource as Agent | Unsecured Creditors | $88.28 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-25931 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,080.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $680.00 |
| Paid to Trustee: | $244.80 | Arrearages: | $0.00 |
| Funds on Hand: | $3,835.20 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**