| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 19-25931 / MBK**

Jason M. Ali

Petition Filed Date: 08/16/2019
341 Hearing Date: 09/12/2019
Confirmation Date: 03/03/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/04/2020 | $680.00 | 2379152 | 03/03/2020 | $680.00 | 2575025 | 04/06/2020 | $680.00 | 2575115 |
| 05/06/2020 | $680.00 | 2575167 | 06/10/2020 | $680.00 | 2575234 | 07/16/2020 | $680.00 | 2660830 |
| 08/05/2020 | $680.00 | 2503319 | 09/21/2020 | $680.00 | 2503402 | 09/22/2020 | $680.00 | 2503403 |
| 09/30/2020 | ($680.00) | 2503402 | 10/27/2020 | $680.00 | 2738639 | 11/18/2020 | $680.00 | 2738705 |
| 01/04/2021 | $680.00 | 2798776 | 01/20/2021 | $680.00 | 2798819 | 02/23/2021 | $680.00 | 2798918 |

**Total Receipts for the Period:  $8,840.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $12,240.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jason M. Ali | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | BRUCE C TRUESDALE ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2017-2018/AMD $0 | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 2 | TMOBILE/ BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $312.50 | $0.00 | $312.50 |
| 3 | QUICKEN LOANS INC<br>»»  P/40 GREENBROOK AVE/1ST MTG/ORDER 10/21/19 | Mortgage Arrears | $31,856.37 | $6,165.28 | $25,691.09 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $1,693.86 | $0.00 | $1,693.86 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $1,205.68 | $0.00 | $1,205.68 |
| 6 | CITIBANK, N.A. | Unsecured Creditors | $806.95 | $0.00 | $806.95 |
| 7 | Verizon by American InfoSource as Agent | Unsecured Creditors | $88.28 | $0.00 | $88.28 |

**Chapter 13 Case No. 19-25931 / MBK**

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,240.00 | Plan Balance: | $27,880.00 ** |
| Paid to Claims: | $9,415.28 | Current Monthly Payment: | $680.00 |
| Paid to Trustee: | $909.16 | Arrearages: | $0.00 |
| Funds on Hand: | $1,915.56 | Total Plan Base: | $40,120.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**