| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 19-25931 / MBK**

Jason M. Ali

Petition Filed Date: 08/16/2019
341 Hearing Date: 09/12/2019
Confirmation Date: 03/03/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/04/2021 | $680.00 | 2798776 | 01/20/2021 | $680.00 | 2798819 | 02/23/2021 | $680.00 | 2798918 |
| 03/25/2021 | $680.00 | 2798979 | 04/20/2021 | $680.00 | 2904561 | 05/19/2021 | $680.00 | 2904649 |
| 06/16/2021 | $680.00 | 2904741 | 07/22/2021 | $680.00 | 2988828 | 08/18/2021 | $680.00 | 2816651 |
| 09/29/2021 | $680.00 | 3014275 | 10/26/2021 | $680.00 | 3014500 | 11/29/2021 | $680.00 | 3014360 |
| 12/28/2021 | $680.00 | 3014409 | 02/02/2022 | $680.00 | 3071493 | | | |

**Total Receipts for the Period: $9,520.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $19,720.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jason M. Ali | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | BRUCE C TRUESDALE ESQ<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2017-2018/AMD $0 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 2 | TMOBILE/ BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $312.50 | $0.00 | $312.50 |
| 3 | QUICKEN LOANS INC<br>»»  P/40 GREENBROOK AVE/1ST MTG/ORDER 10/21/19 | Mortgage Arrears | $31,856.37 | $14,366.08 | $17,490.29 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $1,693.86 | $0.00 | $1,693.86 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $1,205.68 | $0.00 | $1,205.68 |
| 6 | CITIBANK, N.A. | Unsecured Creditors | $806.95 | $0.00 | $806.95 |
| 7 | Verizon by American InfoSource as Agent | Unsecured Creditors | $88.28 | $0.00 | $88.28 |

**Chapter 13 Case No. 19-25931 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,720.00 | Plan Balance: | $20,400.00 ** |
| Paid to Claims: | $17,616.08 | Current Monthly Payment: | $680.00 |
| Paid to Trustee: | $1,481.04 | Arrearages: | $680.00 |
| Funds on Hand: | $622.88 | Total Plan Base: | $40,120.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.