| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 19-25931 / MBK**

Jason M. Ali

Petition Filed Date: 08/16/2019
341 Hearing Date: 09/12/2019
Confirmation Date: 03/03/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/02/2022 | $680.00 | 3071493 | 03/14/2022 | $1,360.00 | 3157609 | 04/18/2022 | $680.00 | 3129165 |
| 05/16/2022 | $680.00 | 3129220 | 06/14/2022 | $680.00 | 3213512 | 07/19/2022 | $680.00 | 3233229 |
| 09/09/2022 | $680.00 | 3247323 | 10/11/2022 | $1,260.00 | 3213723 | 11/07/2022 | $780.00 | 3350521 |
| 12/08/2022 | $680.00 | 3357592 | 01/11/2023 | $680.00 | 3357691 | 02/22/2023 | $680.00 | 3402568 |

**Total Receipts for the Period:  $9,520.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $28,560.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Jason M. Ali | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Bruce C. Truesdale, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2017-2018/AMD $0 | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 2 | TMOBILE/ BY AMERICAN INFOSOURCE LP | Unsecured Creditors | $312.50 | $0.00 | $312.50 |
| 3 | QUICKEN LOANS INC<br>»» P/40 GREENBROOK AVE/1ST MTG/ORDER 10/21/19 | Mortgage Arrears | $31,856.37 | $22,504.32 | $9,352.05 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE | Unsecured Creditors | $1,693.86 | $0.00 | $1,693.86 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE | Unsecured Creditors | $1,205.68 | $0.00 | $1,205.68 |
| 6 | CITIBANK, N.A. | Unsecured Creditors | $806.95 | $0.00 | $806.95 |
| 7 | Verizon by American InfoSource as Agent | Unsecured Creditors | $88.28 | $0.00 | $88.28 |

**Chapter 13 Case No. 19-25931 / MBK**

| | **SUMMARY** | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 3/13/2023: | | | |
| Total Receipts: | $28,560.00 | Plan Balance: | $11,560.00 ** |
| Paid to Claims: | $25,754.32 | Current Monthly Payment: | $680.00 |
| Paid to Trustee: | $2,174.64 | Arrearages: | $680.00 |
| Funds on Hand: | $631.04 | Total Plan Base: | $40,120.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**