UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**BRUCE C. TRUESDALE, P.C.**
By: Michael M. Khalil, Esq.
ID # MK 4845
147 Union Ave
Middlesex, NJ 08846
732-302-9600
Attorneys for Debtor

Order Filed on June 14, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.: 19-25931 |
| JASON M. ALI | Chapter 13 |
| | Hearing Date: **June 14, 2023** |
| | Judge: Hon. Michael B. Kaplan |

### ORDER AUTHORIZING TRANSFER OF PROPERTY NUNC PRO TUNC

The relief set forth on the following pages, numbered two (2) through _____2_____   is hereby **ORDERED**.

**DATED: June 14, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re Ali
Case No. 19-25931
Order Authorizing Transfer of Property Nunc Pro Tunc

---

**THIS MATTER** having been opened to the Court by Michael M. Khalil, Esq., attorney for the Debtor herein, and the Court having considered the papers submitted herein, and for good cause having been shown for the making and entry hereof, it is hereby;

**ORDERED** that the transfer of real property located at 40 Greenbrook Avenue, Keasbey, New Jersey 08832 is hereby authorized Nunc Pro Tunc.