UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**BRUCE C. TRUESDALE, P.C.**
By: Michael M. Khalil, Esq.
ID # MK 4845
147 Union Ave
Middlesex, NJ 08846
732-302-9600
Attorneys for Debtor

Order Filed on June 14, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JASON M. ALI

Case No.: 19-25931

Chapter 13

Hearing Date: **June 14, 2023**

Judge: Hon. Michael B. Kaplan

## ORDER AUTHORIZING TRANSFER OF PROPERTY NUNC PRO TUNC

The relief set forth on the following pages, numbered two (2) through _____2_____ is hereby **ORDERED**.

**DATED: June 14, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re Ali
Case No. 19-25931
Order Authorizing Transfer of Property Nunc Pro Tunc

_____

**THIS MATTER** having been opened to the Court by Michael M. Khalil, Esq., attorney for the Debtor herein, and the Court having considered the papers submitted herein, and for good cause having been shown for the making and entry hereof, it is hereby;

**ORDERED** that the transfer of real property located at 40 Greenbrook Avenue, Keasbey, New Jersey 08832 is hereby authorized Nunc Pro Tunc.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                      Case No. 19-25931-MBK
Jason M. Ali                                                                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                  User: admin                  Page 1 of 2
Date Rcvd: Jun 15, 2023            Form ID: pdf903            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2023:**

**Recip ID**        **Recipient Name and Address**
db               + Jason M. Ali, 40 Greenbrook Ave, Keasbey, NJ 08832-1130

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2023                Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2023 at the address(es) listed below:**

**Name**             **Email Address**

Albert Russo
                  docs@russotrustee.com

Brian C. Nicholas
                  on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Bruce C. Truesdale
                  on behalf of Debtor Jason M. Ali brucectruesdalepc@gmail.com  bctpcecf@gmail.com;r49787@notify.bestcase.com

Denise E. Carlon
                  on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon
                  on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Michael M Khalil
                  on behalf of Debtor Jason M. Ali mkhalilecf@gmail.com

District/off: 0312-3     User: admin     Page 2 of 2
Date Rcvd: Jun 15, 2023     Form ID: pdf903     Total Noticed: 1

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7