Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  19–25931–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jason M. Ali
   40 Greenbrook Ave
   Keasbey, NJ 08832

Social Security No.:
   xxx–xx–6588

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/12/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: July 12, 2023
JAN: dmi

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 19-25931-MBK

Jason M. Ali                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                                Page 1 of 3

Date Rcvd: Jul 12, 2023                   Form ID: 148                                      Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason M. Ali, 40 Greenbrook Ave, Keasbey, NJ 08832-1130 |
| 518414949 | + | First Credit Services, 371 Hoes Lane, Suite 200, Piscataway, NJ 08854-4143 |
| 518414951 | | Office of Chief Counsel, Internal Revenue Service, SB/SE Division Counsel, One Newark Center, Suite 1500, Newark, NJ 07102-5224 |
| 518414954 | + | The Bureaus, 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 12 2023 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 12 2023 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518414943 | ^ | MEBN | Jul 12 2023 20:53:31 | Attorney General of the United States, Department of Justice, Constitution Ave and 10th St. NW, Washington, DC 20530-0001 |
| 518414944 | + | Email/Text: collections@cjfcu.org | Jul 12 2023 20:55:00 | Central Jersey FCU, 380 Berry Street, Woodbridge, NJ 07095-3347 |
| 518414945 | + | EDI: CITICORP.COM | Jul 13 2023 00:46:00 | Citibank NA, PO Box 6181, Sioux Falls, SD 57117-6181 |
| 518515763 | | EDI: CITICORP.COM | Jul 13 2023 00:46:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518414946 | + | EDI: CCS.COM | Jul 13 2023 00:46:00 | Credit Collection Services, PO Box 607, Norwood, MA 02062-0607 |
| 518414948 | + | EDI: DCI.COM | Jul 13 2023 00:46:00 | Diversified Consultants, PO Box 551268, Jacksonville, FL 32255-1268 |
| 518414947 | | EDI: IRS.COM | Jul 13 2023 00:46:00 | District Director of the IRS, 955 S. Springfield Avenue, Springfield, NJ 07081 |
| 518414952 | | EDI: PRA.COM | Jul 13 2023 00:46:00 | Portfolio Recovery, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 518494264 | | EDI: PRA.COM | Jul 13 2023 00:46:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518494265 | | EDI: PRA.COM | Jul 13 2023 00:46:00 | Portfolio Recovery Associates, LLC, c/o Capital One, N.a., POB 41067, Norfolk VA 23541 |
| 518452313 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 12 2023 20:56:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518414953 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 12 2023 20:56:00 | Quicken Loans*, 1050 Woodward Avenue, |

District/off: 0312-3                          User: admin                                    Page 2 of 3
Date Rcvd: Jul 12, 2023                       Form ID: 148                                Total Noticed: 23

|  |  |  | Detroit, MI 48226-3573 |
|---|---|---|---|
| 518415486 | + EDI: RMSC.COM | Jul 13 2023 00:46:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518434633 | + EDI: AIS.COM | Jul 13 2023 00:46:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518414954 | + EDI: Q3GTBI | Jul 13 2023 00:46:00 | The Bureaus, 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 518414955 | + Email/Text: usanj.njbankr@usdoj.gov | Jul 12 2023 20:55:00 | United States Attorney*, For Internal Revenue Service), 970 Broad Street, 5th Floor, Newark, NJ 07102-2527 |
| 518520223 | + EDI: AIS.COM | Jul 13 2023 00:46:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518414956 | + EDI: WFFC2 | Jul 13 2023 00:46:00 | Wells Fargo Dealer Services, PO Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518414950 | *+ | Internal Revenue Service*, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2023                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Bruce C. Truesdale | on behalf of Debtor Jason M. Ali brucectruesdalepc@gmail.com  bctpcecf@gmail.com;r49787@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

Michael M Khalil

on behalf of Debtor Jason M. Ali mkhalilecf@gmail.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7